### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MARK MORRIS,                                                                                          PLAINTIFF
ADC #156949

v.                              No. 1:14CV00078-JLH-JTK

MALVERN DIAGNOSTIC CENTER, et al.                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Malvern Diagnostic Center, Ouachita River Correctional Unit, and Ray Hobbs, are DISMISSED from this action with prejudice.

IT IS SO ORDERED this 9th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE