# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MARK MORRIS,                                                                                                                PLAINTIFF
ADC #156949

v.                              No. 1:14CV00078-JLH-JTK

MALVERN DIAGNOSTIC CENTER, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion to dismiss, or in the alternative, for summary judgment, filed by defendants Kiker and Pickering, is GRANTED, and plaintiff's claims against them are DISMISSED without prejudice. Document #22.

IT IS SO ORDERED this 9th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE