**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARK MORRIS, ADC #156949                                                                    PLAINTIFF

v.                                    No. 1:14CV00078-JLH-JTK

MALVERN DIAGNOSTIC CENTER, et al.                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Aundrea Weekly's motion for summary judgment is GRANTED (Document #31), and she is DISMISSED from plaintiff's complaint without prejudice for failure to exhaust.

IT IS SO ORDERED this 1st day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE