**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARK MORRIS,
ADC #156949                                                                                           PLAINTIFF

1:14CV00078-JLH-JTK

MALVERN DIAGNOSTIC CENTER, et al.                                        DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the

District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Mark Morris is a state inmate incarcerated at the Grimes Unit of the Arkansas Department of Correction (ADC). He filed this action pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical needs in violation of his Eighth Amendment rights. (Doc. No. 2.)[1]

Named Defendants Malvern Diagnostic Center, Ouachita River Unit, and Ray Hobbs were dismissed on September 9, 2014 (Doc. No. 18). Defendants Kiker and Pickering were dismissed on December 9, 2014 (Doc. No. 28), and Defendant Weekly was dismissed on September 1, 2015 (Doc. No. 39).

While Plaintiff named unknown individuals as Defendants in his Original Complaint ("Does, Medical Staff")(Doc. No. 2), it appears that these individuals were later identified in the two Amended Complaints he subsequently filed (Doc. Nos. 5, 8). Therefore, since all Plaintiff's claims against all named Defendants have been dismissed, as mentioned above, the Court finds that this

---

[1]Plaintiff subsequently filed Amended Complaints (Doc. Nos. 5, 8).

action should be dismissed.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint against Defendants be DISMISSED.

IT IS SO RECOMMENDED this 9th day of September, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE