# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MARK MORRIS, ADC #156949                                                                    PLAINTIFF

v.                                    No. 1:14CV00078-JLH-JTK

MALVERN DIAGNOSTIC CENTER, et al.                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 1st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE