IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK MORRIS, ADC #156949                                                                PLAINTIFF

v.                                      No. 1:14CV00078-JLH-JTK

MALVERN DIAGNOSTIC CENTER, et al.                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ORDERED this 1st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE